**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. ___25-60254-CR-DAMIAN/VALLE___

18 U.S.C. § 1015(f)
18 U.S.C. § 611

FILED BY_____ *AT* _____D.C.

Oct 30, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**UNITED STATES OF AMERICA**

v.

**MOISES LIMA JUNIOR,**

    **Defendant.**
_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**False Claim of Citizenship in Order to Vote**
**(18 U.S.C. § 1015(f))**

On or about February 18, 2024, in Broward County, in the Southern District of Florida, the

defendant,

**MOISES LIMA JUNIOR,**

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in

order to register to vote and to vote in a Federal, State, and local election, in that he falsely stated

and claimed that he was a United States citizen when registering to vote with the office of the

supervisor of elections for Broward County, Florida, in violation of Title 18, United States Code,

Section 1015(f).

**COUNT 2**
**Voting by Alien**
**(18 U.S.C. § 611)**

On or about October 21, 2024, in Broward County, in the Southern District of Florida, the

defendant,

**MOISES LIMA JUNIOR,**

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for President, Vice President, United States Senator,

and Member of the House of Representatives, in violation of Title 18, United States Code, Section

611.

BRUCE O. BROWN

FOREPERSON

FOR JASON A. REDING QUINONES
UNITED STATES ATTORNEY

CHRISTOPHER KILLORAN
ASSISTANT UNITED STATES ATTORNEY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO.: _____

v.

Moises Lima Junior,

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
                Defendant.

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

- ☐ Miami    ☐ Key West    ☐ FTP
- ☑ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect: _____

4. This case will take __2-3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)

   - I    ☑   0 to 5 days
   - II   ☐   6 to 10 days
   - III ☐   11 to 20 days
   - IV ☐   21 to 60 days
   - V   ☐   61 days and over

   (Check only one)

   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No____
   If yes, Judge _____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge _____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No____
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _____

Christopher Killoran
Assistant United States Attorney
FL Bar No.       27999

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: ___ Moises Lima Junior _____

**Case No**: _____

Count #: 1

False Claim of Citizenship in Order to Vote _____

18 U.S.C. § 1015(f) _____
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

Count #: 2

Voting by Alien _____

18 U.S.C. § 611 _____
* **Max. Term of Imprisonment:** 1 year
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $100,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.