UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-60254-DAMIAN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MOISES LIMA JUNIOR,

     Defendant.

_____/

## **DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

Moises Lima Junior, by and through undersigned counsel, respectfully requests this Court grant him permission to travel to St. Augustine, Florida with his family during the upcoming holiday season. In support of this motion, he states as follows.

1. Mr. Junior is charged with making a false claim of citizenship in order to vote, in violation of 18 U.S.C. §1053 and related charges. [ECF No. 3].

2. Trial in this cause is scheduled for December 29, 2025. However, a joint motion to continue the trial is pending. [ECF. No. 19].

3. Mr. Junior has been compliant with the conditions of his $75,000 personal surety bond.

4. Mr. Junior's family is traveling to St. Augustine, Florida to spend time together during the holiday season.

5. Mr. Junior requests this Court's permission to drive to St. Augustine on December 29, 2025 and return on January 2, 2026.

6. Mr. Junior has provided the address of the Airbnb where he will be staying to his probation officer.

7. Undersigned counsel has conferred with USPO Nelson Valenzuela, who has no objection to the Court giving Mr. Junior permission to travel. Additionally, AUSA Christopher Killoran does not oppose the relief sought in this motion.

WHEREFORE Mr. Junior respectfully requests this Court GRANT him permission to travel to St. Augustine, Florida during the upcoming holiday season.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:   /s/***Bunmi Lomax***
Adebunmi Lomax
Assistant Federal Public Defender
Special A Number: A5501975
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000
bunmi_lomax@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Bunmi Lomax*
Adebunmi Lomax