UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-60254-DAMIAN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MOISES LIMA JUNIOR,

     Defendant.

_____/

## **DEFENDANT'S UNOPPOSED MOTION**
## **FOR TEMPORARY RELEASE OF PASSPORT**

Defendant Moises Lima Junior, through counsel, respectfully moves unopposed for the temporary release of his passport, and as grounds states:

1. Mr. Lima is charged with making a false claim of citizenship in order to vote, in violation of 18 U.S.C. §1053 and related charges. [ECF No. 3].

2. Trial in this cause is scheduled for February 9, 2026. [ECF. No. 21].

3. Mr. Lima was released on a $75,000 personal surety bond. Mr. Lima surrendered his Brazilian passport to the United States Probation Office as a condition of his bond.

4. Mr. Lima's minor daughter has an appointment at the Brazilian Consulate on January 16, 2026. At that appointment, Mr. Lima will be required to present his Brazilian passport to verify his identity and status.

5. Mr. Lima hereby requests the release of his Brazilian passport for a period not to exceed 24 hours. He will pick up the passport the day before the appointment and return it immediately after the appointment.

6. Undersigned counsel conferred with USPO Nelson Valenzuela, who has no objection to the Court giving Mr. Lima permission to have his passport for the appointment. Additionally, AUSA Christopher Killoran does not oppose the relief sought in this motion.

WHEREFORE Mr. Lima respectfully requests this Court GRANT his request for the temporary release of his passport.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

BY:   /s/*Bunmi Lomax*
Adebunmi Lomax
Assistant Federal Public Defender
Special A Number: A5501975
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1556
Tel: 305-530-7000
bunmi_lomax@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on December 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Bunmi Lomax*
Adebunmi Lomax