**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-CR-60254-DAMIAN**

**UNITED STATES OF AMERICA**,

v.

**MOISES LIMA JUNIOR**,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTION FOR
### TEMPORARY RELEASE OF PASSPORT [ECF NO. 23]

**THIS CAUSE** is before the Court on Defendant, Moises Lima Junior's, Unopposed Motion for Temporary Release of Passport, filed December 15, 2025 [ECF No. 23].

THE COURT has considered the Motion and the pertinent portions of the record and is fully advised in the premises. The Court also notes that neither counsel for the United States nor the United States Probation Office opposes the Motion. Finding good cause for the requested modification, it is hereby

**ORDERED AND ADJUDGED** the Motion **[ECF No. 23]** is **GRANTED**. The United States Probation Office shall release Mr. Lima's passport for a period not to exceed 24 hours, for the purpose of attending an appointment at the Consulate General of Brazil.  All other bond conditions remain in full force and effect.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 19th day of December, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**