UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-60254-DAMIAN

UNITED STATES OF AMERICA

v.

MOISES LIMA JUNIOR,

        Defendant.

_____/

## STIPULATED STATEMENTS OF FACT

The United States of America and Moises Lima Junior agree that, had this case gone to trial, the United States would have proven, beyond a reasonable doubt, the following facts, among others, which occurred in Broward County, in the Southern District of Florida:

Lima Junior is a Brazilian national who became a legal permanent resident of the United States on January 17, 2024. On February 18, 2024, Lima Junior registered to vote with the Broward County Supervisor of Elections. The registration application contained an attestation regarding United States citizenship. Lima Junior checked the box on the registration application indicating that he was a United States citizen, which is false. Lima Junior knowingly made a false statement, that he was a United States citizen, to register to vote in a Federal, State or local election.

Additionally, Lima Junior knowingly voted early in person in Broward County on October 21, 2024, for the election held on November 5, 2024. At the time Lima Junior voted, he was an alien. The 2024 election that Lima Junior voted in was held to elect a President, Vice President, United States Senator, or Member of House of Representative.

The defendant agrees that aforementioned facts satisfy the following: the elements of False Claim of Citizenship in Order to Vote, in violation of Title 18, United States Code, Section 1015(f), as charged in Count 1 of the Indictment; and, the elements of Voting by Alien, in violation of Title

1

18, United States Code, Section 611, as charged in Count 2 of the Indictment.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 2-12-26          By: _____

Christopher Killoran
Assistant United States Attorney

Date: 2|12|26          By: _____

Adebunmi Lomax
Attorney for Defendant

Date: 2|12|26          By: _____

Moises Lima Junior
Defendant

2