UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  25-CR-60254-DAMIAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MOISES LIMA JUNIOR,

      Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING [ECF NO. 34]

**THIS CAUSE** is before the Court on the Defendant's Unopposed Motion to Continue Sentencing Hearing, filed March 17, 2026 [ECF No. 34].

THE COURT has considered the Motion and the pertinent portions of the record and is fully advised in the premises. Finding good cause for the requested continuance and noting the request is unopposed, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 34]** is **GRANTED**.  The Sentencing hearing is reset to **May 27, 2026, at 3:30 p.m.** in Courtroom 205C at the U.S. Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 27th day of March, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record