UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CR-60254-DAMIAN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MOISES LIMA JUNIOR,

     Defendant.

_____/

### NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING

Moises Lima Junior, by and through undersigned counsel, hereby files the attached letters and certificates for the Court's consideration in support of sentencing:

                           Respectfully submitted,

                           HECTOR DOPICO
                           FEDERAL PUBLIC DEFENDER

          BY:    /s/***Bunmi Lomax***
                      Adebunmi Lomax
                      Assistant Federal Public Defender
                      Special A Number: A5501975
                      150 West Flagler Street
                      Suite 1700
                      Miami, Florida 33130-1556
                      Tel: 305-530-7000
                      bunmi_lomax@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Bunmi Lomax*
Adebunmi Lomax

April 1, 2026

The Honorable Melissa Damian
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128

RE: United States v. Moises Lima Junior
    Case No.: 25-60254-CR-DAMIAN/VALLE

Dear Judge Damian:

My name is Jacqui Pomerantz, and I am the Supervisor for Parks & Recreation at the City of Coconut Creek. I am writing to you today to provide a character reference for Moises Lima Junior, whom I have worked with and supervised for the past 2.25 years. I also worked as his supervisor at the Levis Jewish Community Center in Boca Raton from 2010-2016. In each role, I interacted with Moises frequently and on a regular basis. He has been a core member of both Teams.

I am writing this letter with full knowledge of the current charges against Moises regarding voter registration. While I understand the seriousness of these proceedings, the actions described are entirely inconsistent with the person I work with daily. In our workplace, Moises has consistently demonstrated discipline, integrity, reliability and overall professionalism. His presence has had a direct and positive impact on our Team, this department and the community, and I remain fully committed to supporting him. I have no doubt that Moises will continue to be a productive member of our workforce and for this community.

I thank you for taking the time to consider my perspective on Moises' character. Please feel free to contact me at (772) 579-8640 or via email at imalljacquiedup@gmail.com if you have any questions.

Respectfully,

JACQUI POMERANTZ
P&R Supervisor

Leonardo Castaneda Diaz

1210 North Hiatus Rd.
Pembroke Pines, Florida, 33026
786-942-2531

The Honorable Melissa Damian                                                        May 17, 2026
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

**RE: United States v. Moises Lima Junior, Case No. 0:25-cr-60254-MD**

Dear Judge Damian,

I am writing to you today as a neighbor of Moises Lima Junior. I have lived next door to Moises for four years, and I want to share my personal observations of his character during that time as you consider his sentencing.

I understand the serious nature of this case, and I am not here to minimize what happened. I simply want to describe the Moises I know at home—a man who is completely devoted to his family, his work, and the people living around him.

Moises is the kind of neighbor who goes out of his way to improve our community without being asked. On his own time and using his own money, he restored the neglected garden areas along the paths to our apartments. He is also highly reliable. Whenever I travel, he ensures the plants near my front door stay watered and healthy. Additionally, he and his wife volunteered a significant amount of time to help manage the renovation of our clubhouse simply because they wanted our community to look better.

Living next to Moises for four years, I have seen that he runs a very stable, quiet household. He has always been incredibly respectful to me and my family. He has also had a meaningful impact on my personal life. When I started cycling to improve my health, Moises encouraged me. He mentored me and helped me stick to my goals by demonstrating his own sense of discipline.

From my experience, Moises genuinely wants to do good for the people around him. He cares deeply about his family and our neighborhood. I respectfully ask that you consider his positive track record and his potential to continue the right path when you make your decision.

Thank you for taking the time to read my letter and for considering my perspective.

Sincerely,

Leonardo Castaneda Diaz



JASON STROMBERG   JSTROMBERG@TRIBUNE.COM

# Lima providing friendly water aerobics instruction

Five students are in the pool, pumping their arms to the boom box music for what Moises Lima calls "aqua aerobics." Lima gets great satisfaction from bringing his high-energy and kindness to all who take part in the classes at the Adolph & Rose Levis Jewish Community Center.

"I like to be friendly," said Lima, who teaches water aerobics from 9 to 10 a.m. on weekends. "I socialize more and make everyone feel comfortable. I respect the individual condition."

Stephanie Owitz, president of the Adolph & Rose Levis JCC, said the class meets her needs.

"It's great because anybody can do it," she said. "It's for people of any age, or size, or physical disability."

Owitz would know. She's had surgery on her left shoulder and said the water workout gives her muscles the proper rehabilitation.

"The resistance of the water is what makes it so good," she said. "There's no impact on the bones. You feel like you got a really great workout."

Boca resident and Levis JCC member Debbie Nemiroff agrees. "This is my first time here today," she said. "The instructor was kind, funny, motivating, handsome. He made us work hard. It's a good way to start the day."

The program continues throughout June and July, with members and non-members invited to participate. There are also Tuesday and Thursday classes



**WATER WORKOUT** Aqua Aerobics instructor Moises Lima (left) and co-instructor Petala Rosas, bottom center, demonstrate their water aerobics exercises with Stephanie Owitz, top, Debbie Nemiroff, center, and Anna Batyreva, right, at the Adolph & Rose Levis Jewish Community Center.STAFF PHOTO/LINDSAY MOORE

from 8 to 9 a.m. And open-swim and private instruction are available.

"It's a great place for people who want to get in shape," said Owitz. "There isn't that intimidation factor of the gym. You don't even have to know how to swim because you're standing."

In other words, through Lima's training, you'll learn. In the warm-up portion of the class, he had the women use plastic dumbbells in the pool for flexing, extending and side-to-side movement.

Then it was on to the lunging, or squats — exercises for strengthening the legs — before the toe touches and tightening of the chest and abs.

Throughout the class, even when he was counting down the repetitions at 30 seconds, Lima said, "Tomorrow, you remember me."

"Please enjoy, smile, have fun," said Lima, who provides foam noodles for participants' water relaxation. "I like people. I love my job. A lot of the people come to the class and don't want to feel any pain. They want their bodies to feel good, so that they can sit at their desk with the computer."

One of Lima's goals is to help novice students improve their stamina.

Owitz, for one, plans to continue the workouts and hopes others do the same.

"It's for everyone, and that's without question the beauty of it," she said. "If you give everyone the chance, you can work really hard by sweating and moving without feeling any pain in the water. It's a low-impact, high-resistance cardio workout."

For information, contact the Levis JCC at di-annes@levisjcc.org or call 561-852-3268.

Want one of our **AWARD-WINNING PHOTOS?**   GO TO   **communitypixs.com**

www.sunsentinel.com/westboca   WBF

WEST BOCA FORUM   Wednesday, June 23, 2010

Case 0:25-cr-60254-MD   Document 38   Entered on FLSD Docket 05/25/2026   Page 7 of 22



POMERANTZ, JACQUELINE

PARKS & REC SUPERVISOR
Birthday Jan-14
Years Emp 9.8
RECREATION (183)

PRESENTED TO

# Moises Lima

FOR

**THANK YOU | INNOVATION | OUTSTANDING PERFORMANCE | CUSTOMER SERVICE | INCLUSIVITY**

MOISES IS ONE OF THE NEWEST MEMBERS OF THE CREEK FIT TEAM AND IS ALREADY PERFORMING AT AN OUTSTANDING LEVEL. HE`S FRIENDLY, PERSONABLE AND THE MEMBERS AND STAFF THRIVE OFF HIS ENERGY AND MOTIVATION. WITHIN HIS SECOND WEEK OF EMPLOYMENT, HE BEGAN TEACHING REGULAR CLASSES, FILLED IN FOR INSTRUCTORS, LED AN INCREDIBLE SAMBA CLASS, SIGNED UP HIS FIRST PERSONAL TRAINING CLIENTS AND MADE GENUINE BONDS WITH SEVERAL OF THE MEMBERS, ESPECIALLY THE MEMBERS/RESIDENTS FROM HIS NATIVE COUNTRY OF BRAZIL. MOISES HAS ALREADY PRESENTED IDEAS ON HOW TO IMPROVE THE PROCESSES WITH GROUP EXERCISE, TEAM SPIRIT AND MEMBER RETENTION. THERE`S A WHOLE NEW VIBE IN FITNESS SINCE MOISES ARRIVED! THANK YOU MOISES! KEEP DOING WHAT YOU`RE DOING. THE MEMBERS LOVE YOU AND YOUR CREEK FIT TEAM APPRECIATES YOU VERY MUCH!

**Jacqueline Pomerantz**

FROM

**4/11/2024**

DATE



POMERANTZ, JACQUELINE

PARKS & REC SUPERVISOR
Birthday Jan-14
Years Emp 9.8
RECREATION (183)

PRESENTED TO

# Moises Lima

FOR

**THANK YOU | OUTSTANDING PERFORMANCE**

THANK YOU FOR ALL OF YOUR HARD WORK AND ASSISTANCE DURING THE RENOVATION WITH RELOCATING EQUIPMENT, SETTING UP CLASSES, COORDINATING SCHEDULES AND OVERALL GOING ABOVE AND BEYOND TO ENSURE EVERYTHING WAS READY TO GO FOR INSTALLATION VENDORS, THE TEAM, INSTRUCTORS AND MEMBERS. YOU DID NOT COMPLAIN OR SAY NO TO ANY TASKS THAT WERE ASKED OF YOU. YOU REMAINED POSITIVE AND AT TIMES, EVEN PUT FUN INTO SOMETHING THAT TOOK MANY HOURS AND DAYS TO ACCOMPLISH. YOU ARE A ROCK STAR AND I CAN`T THANK YOU ENOUGH! :)

**Jacqueline Pomerantz**

FROM

**10/3/2024**

DATE

Case 0:25-cr-60254-MD   Document 38   Entered on FLSD Docket 05/25/2026   Page 9 of 22



RIVERA, ALEXIS

SENIOR FITNESS SPECIALIST
Birthday Feb-22
Years Emp 5.1
RECREATION (183)

PRESENTED TO

# Moises Lima

FOR

**THANK YOU**

MOISES IS A GREAT TEAM PLAYER. HE SHOWS UP EVERY DAY READY TO WORK WITH A POSITIVE ATTITUDE. HE IS EXTREMELY ENGAGING WITH ALL MEMBERS AND GUESTS WHICH REALLY HELPS TO CREATE A FRIENDLY AND UPBEAT ENVIRONMENT FOR ALL. THANK YOU FOR BEING SUCH AN AMAZING PART OF OUR CREEK FIT TEAM.

**Alexis Rivera**                                **2/17/2025**

FROM                                                          DATE

Case 0:25-cr-60254-MD   Document 38   Entered on FLSD Docket 05/25/2026   Page 10 of 22



TOBEY, WAYNE

PARKS & REC DIRECTOR
Birthday Mar-9
Years Emp 37.1
RECREATION (183)

PRESENTED TO

# Moises Lima

FOR

**THANK YOU  |  OUTSTANDING PERFORMANCE**

JUST WANT TO SAY GREAT TEAMWORK AND FABULOUS JOB PREPARING THE CREEK FIT NORTH LOCATION FOR THE NEW FITNESS FLOOR AND FITNESS EQUIPMENT INSTALL PROJECT. YOU WORKED WITH YOUR CO-WORKERS IN MOVING THE FITNESS EQUIPMENT AND PREPARING THE AREA, AS WELL AS COMMUNICATED WITH CREEK FIT FITNESS MEMBERS AS TO WHAT TO EXPECT WITH THE TEMPORARY CLOSURE OF CREEK FIT NORTH AND WHAT WAS COMING THEIR WAY ONCE THE INSTALL PROJECT IS COMPLETE. GREAT JOB!

**Wayne Tobey**

FROM

**9/12/2024**

DATE

Case 0:25-cr-60254-MD   Document 38   Entered on FLSD Docket 05/25/2026   Page 11 of 22



POMERANTZ, JACQUELINE

PARKS & REC SUPERVISOR
Birthday Jan-14
Years Emp 9.8
RECREATION (183)

PRESENTED TO

# Moises Lima

FOR

**THANK YOU**

A HUGE THANK YOU TO MY TEAM FOR THEIR SUPPORT AND COMMITMENT TO ENSURING THE CREEK FIT NORTH FITNESS CENTER RENOVATION WENT SMOOTHLY AND WITH LITTLE INTERRUPTION. YOUR FLEXIBILITY WITH SCHEDULING, ASSISTANCE WITH RELOCATING TO THE SOUTH CENTER TO SET UP SHOP, ASSISTANCE WITH MOVING THE EQUIPMENT AND SETTING UP ROOMS FOR CLASSES, BUT MOST IMPORTANTLY YOUR ABILITY TO REMAIN POSITIVE DURING ALL OF THE CHANGES WAS SO VERY MUCH RECOGNIZED AND APPRECIATED. THE RENOVATION WAS A HUGE SUCCESS BECAUSE OF YOU! THANK YOU!! :)

**Jacqueline Pomerantz**

FROM

10/2/2024

DATE

Case 0:25-cr-60254-MD   Document 38   Entered on FLSD Docket 05/25/2026   Page 12 of 22



DEBARROS, DANIELLE

ASST DIR PARKS & REC
Birthday May-23
Years Emp 26.6
RECREATION (183)



PRESENTED TO

# Moises Lima

FOR

**THANK YOU | OUTSTANDING PERFORMANCE | CUSTOMER SERVICE**

A RESIDENT WENT OUT OF THEIR WAY TO APPROACH ME YESTERDAY REGARDING YOUR SILVER SNEAKERS CLASS. SHE SPOKE VERY HIGHLY OF YOUR INSTRUCTING PERFORMANCE AND PRAISED YOUR CUSTOMER SERVICE SKILLS. I CANNOT THANK YOU ENOUGH FOR COMING ONBOARD AND DELIVERING EXCELLENCE EVERY SINGLE DAY! I HAVE HEARD NOTHING BUT POSITIVE ACCOLADES SINCE YOU HAVE JOINED THE TEAM, AND I LOOK FORWARD TO ALL OF OUR MEMBERS HAVING THE OPPORTUNITY TO WORK WITH YOU IN THE FUTURE. THANK YOU, MOISES, FOR PROVIDING THAT PERSONAL TOUCH THAT MAKES CREEK FIT THE HOMETOWN GYM!

**Danielle Debarros**                                   **3/29/2024**

FROM                                                                DATE



POMERANTZ, JACQUELINE

PARKS & REC SUPERVISOR
Birthday Jan-14
Years Emp 9.8
RECREATION (183)

PRESENTED TO

# Moises Lima

FOR

**THANK YOU | OUTSTANDING PERFORMANCE**

THANK YOU FOR ALL OF YOUR HARD WORK AND ASSISTANCE DURING THE RENOVATION WITH RELOCATING EQUIPMENT, SETTING UP CLASSES, COORDINATING SCHEDULES AND OVERALL GOING ABOVE AND BEYOND TO ENSURE EVERYTHING WAS READY TO GO FOR INSTALLATION VENDORS, THE TEAM, INSTRUCTORS AND MEMBERS. YOU DID NOT COMPLAIN OR SAY NO TO ANY TASKS THAT WERE ASKED OF YOU. YOU REMAINED POSITIVE AND AT TIMES, EVEN PUT FUN INTO SOMETHING THAT TOOK MANY HOURS AND DAYS TO ACCOMPLISH. YOU ARE A ROCK STAR AND I CAN`T THANK YOU ENOUGH! :)

**Jacqueline Pomerantz**                                    10/3/2024

FROM                                                                        DATE

Case 0:25-cr-60254-MD   Document 38   Entered on FLSD Docket 05/25/2026   Page 14 of 22



MANN, AMY

MARKETING SPECIALIST
Birthday Aug-24
Years Emp 1.5
COMMUNITY RELATIONS (115)

PRESENTED TO

# Moises Lima

FOR

**THANK YOU | OUTSTANDING PERFORMANCE**

THANK YOU, MOISES, FOR MAKING PHOTO-TAKING SO EASY FOR PARKS AND RECREATION MONTH! I APPRECIATE YOUR WILLINGNESS TO HELP OUT AND STEP UP FOR PHOTOS WHENEVER IT`S NEEDED. YOU ARE A STAR!

**Amy Mann**

FROM

**7/9/2025**

DATE

Case 0:25-cr-60254-MD    Document 38    Entered on FLSD Docket 05/25/2026    Page 15 of 22



HULL, JANET

PKS & REC
SUPERINTENDENT
Birthday Dec-19
Years Emp 13.0
RECREATION (183)



CocoKudos

FLUTTER

PRESENTED TO

# Moises Lima

FOR

**THANK YOU | OUTSTANDING PERFORMANCE | CUSTOMER SERVICE**

MOISES TAUGHT OUR FIRST SUMBA CLASS AT CREEK FIT NORTH ON SATURDAY, MARCH 30TH.
MEMBERS LOVED THE CLASS SO MUCH THEY POSTED IT ON THEIR SOCIAL MEDIA. THEY LOVED
YOUR HIGH ENERGY AND CALLED YOU SPECTACULAR AND A SHINING STAR! THANK YOU FOR
PUTTING SUCH EFFORT INTO YOUR WORK. IT`S MUCH APPRECIATED!

**Janet Hull**

**4/3/2024**

FROM

DATE

Certified Translation from Portuguese to English

## CBTri
**Brazilian Triathlon Federation**

TRIATHLON

Hereby certifying that:

**Moises Firmino de Lima Junior**

Participated in the course: **Triathlon Technician**
**Level I** by the Brazilian Federation of Triathlon;
that occurred on the 11th and 12th of October 2008, in **Recife - Pernambuco.**

*(Signature Illegible)*
Carlos Alberto Froes
President

*(Signature Illegible)*
Jose Renato Souza Lima
Vice-President

I declare that I am competent to translate from the
Portuguese language to the English language and this to
be a true and accurate translation from Portuguese to
English to the best of my ability.

_Dec. 4, 2010_
Susan A. Dix-Barboza,
Portuguese Translator and Interpreter



Case 0:25-cr-60254-MD   Document 38   Entered on FLSD Docket 05/25/2026   Page 17 of 22



# CERTIFICATE OF ACHIEVEMENT

This is to certify that

Moises Lima

has completed the course:

Avoiding Wrongful Termination (Manager)

February 4, 2025



# CERTIFICATE OF ACHIEVEMENT

This is to certify that

Moises Lima

has completed the course:

Accessible Digital Content

February 7, 2025



**Mineral**
MITRATECH

# CERTIFICATE OF ACHIEVEMENT

This is to certify that

Moises Lima

has completed the course:

Build Agile Transformation with Collaborative Teams

February 26, 2025



# CERTIFICATE OF ACHIEVEMENT

This is to certify that

Moises Lima

has completed the course:

Lead the Way: Building Leadership Capability

February 15, 2025



# CERTIFICATE

## OF COMPLETION

This is to certify that

# Moises Lima

has completed the course

## HTTP Requests in Java: Sending Simple HTTP RequestsHTTP Requests in Java: Sending Simple HTTP Requests

**it_jphtredj_01_enus**

on

**Oct 29, 2025**







# CERTIFICATE

## OF COMPLETION

This is to certify that

## Moises Lima

has completed the course

### ChatGPT & Its Practical Use CasesChatGPT & Its Practical Use Cases

it_aipebsdj_01_enus

on

### Nov 4, 2025



